Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:    (510) 999-7908
Facsimile:    (510) 999-7918

Attorneys for Defendants
OFFICER AHMED KHALFAN, OFFICER JAIME GUZMAN and CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALONZO SHELTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AHMED KHALFAN; JAIME GUZMAN, CITY OF RICHMOND, CALIFORNIA; and Does 1-50,<br><br>　　　　　Defendants. | Case No.  20-cv-04400-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

# STIPULATION

COMES NOW the Parties, by and through their respective counsel of record, and hereby stipulate, under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiff and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  November 22, 2023        **DANIEL A. HOROWITZ & THOMAS J. KENSOK**

By:   */s/ Daniel A. Horowitz*
      Daniel A. Horowitz
      Thomas J. Kensok
      Attorneys for Plaintiff
      ALONZO SHELTON

Dated: November 22, 2023        **ORBACH HUFF + HENDERSON LLP**

By:   */s/ Kevin E. Gilbert*
      Kevin E. Gilbert
      Nicholas D. Fine
      Attorneys for Defendants
      OFFICER AHMED KHALFAN, OFFICER JAIME GUZMAN and CITY OF RICHMOND

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  November 27, 2023

_____
HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE